Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, Christopher DiPiazza

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **VINCENT LABARBIERA,** *Plaintiff,* v. **JOSEPH VARTOLONE, in his capacity as Councilman and Individually, CHRISTOPHER DIPIAZZA, in his capacity as Councilman and Individually, JEANNE WEBER, in her capacity as Councilwoman and Individually, BOROUGH, OF PARAMUS, and JOHN DOE 1-10,** *Defendants.* | Civ. Acton No.: 2:21-cv-3400JMV-JBC **CERTIFICATION OF LEONARD E. SEAMAN** |

I, Leonard E. Seaman, hereby certify as follows:

1. I am an Attorney at Law of the State of New Jersey and am Of Counsel with The Law Offices of Richard Malagiere, P.C., Attorneys for Defendant, Christopher DiPiazza, in the above matter. I am one of the attorneys charged with the handling of this matter and, as such, I am fully familiar with the facts set forth herein.

2. I make this Certification in support of the Motion to Dismiss Plaintiff's Amended Complaint in this matter.

3.     Annexed hereto as Exhibit A is a true and accurate copy two Orders of the Honorable Christine Farrington, J.S.C. (ret'd t/a) entered on October 30, 2020 in the matter of <u>LaBarbiera v. Paramus</u>, Superior Court of New Jersey, Law Division, Bergen County, Docket No. BER-L-4174-20 (the "Prerogative Writ Action").

4.     Annexed hereto as Exhibit B is a true and accurate copy of an Order entered on December 4, 2020 by Judge Farrington in the Prerogative Writ Action.

5.     Annexed hereto as Exhibit C is a true and accurate copy of the legislative history of New Jersey Session Law, L. 1978, c. 95 as maintained by the New Jersey State Library, 185 W. State Street, Trenton, New Jersey 08608 (https://www.njstatelib.org/).

6.     Annexed hereto as Exhibit D is a true and accurate copy of the legislative history of New Jersey Session Law, L. 1979, c. 178 maintained by the New Jersey State Law Library.

I hereby certify that the statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

                                                   <u>s/ Leonard E. Seaman</u>
                                                   LEONARD E. SEAMAN

Dated:  March 9, 2021