Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, Christopher DiPiazza

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VINCENT LABARBIERA,**<br><br>*Plaintiff,*<br>v.<br><br>**JOSEPH VARTOLONE, in his capacity as Councilman and Individually, CHRISTOPHER DIPIAZZA, in his capacity as Councilman and Individually, JEANNE WEBER, in her capacity as Councilwoman and Individually, BOROUGH, OF PARAMUS, and JOHN DOE 1-10,**<br><br>*Defendants.* | Civ. Acton No.: 2:21-cv-3400JMV-JBC<br><br>**ORDER** |

THIS MATTTER having been opened to the Court by Defendant, Christopher DiPiazza for an Order dismissing Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted and for such other and further relief as the Court may deem proper in the circumstances and the Court having considered the moving papers, opposition, and arguments of counsel, and good cause having been shown,

IT IS this _____ day of _____, 2021.

2

ORDERED that Plaintiff's Amended Complaint is hereby dismissed with prejudice as to all claims and all parties.

                                                    Honorable John Michael Vazquez, U.S.D.J.