# PFUND McDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND#
MARY C. MCDONNELL#
GERALD A. SHEPARD

JESSE A. BENDER#

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET, 2ND FLOOR
RIDGEWOOD, NEW JERSEY
07450

TEL: 201-857-5040
FAX: 201-857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE:
2001 US HIGHWAY 46
SUITE 104
PARSIPPANY, NJ 07054

NEW YORK OFFICE:
170 OLD COUNTRY ROAD
SUITE 608
MINEOLA, NY 11501

April 12, 2021

**_Via ECF_**
Honorable John Michael Vazquez, U.S.D.J.
United States District Courthouse, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **Vincent LaBarbiera v. Joseph Vartolone, et al.**
**Civ. Action No. 2:21-cv-3400 (JMV-JBC)**
**Our File No. 24-5055**

Dear Judge Vasquez:

This office represents Defendants Joseph Vartolone, Christopher DiPiazza, and Jeanne Weber in defense of the above referenced matter.

We are in receipt of Defendant DiPiazza's April 12, 2021 letter (ECF 11) requesting additional time to respond to Plaintiff's Motion to remand this matter to state court (ECF 8). As counsel for the above referenced Defendants, we hereby join in this request that the motion be carried to May 3, 2021, with submissions being due on April 19, 2021.

Thank you for your consideration to the above.

Respectfully submitted,

MARY C. MCDONNELL

DTP/dcb