# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Newark, NJ

VINCENT LABARBIERA

                                      Plaintiff,

v.                                                  Case No.: 2:21–cv–03400–JMV–AME

JOSEPH VARTOLONE, et al.

                                      Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: L–002318 20

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                               Very truly yours,

                                                               William T. Walsh, Clerk
                                                               By Deputy Clerk, bt

encl.
cc: All Counsel